HORACE W. KNIGHT et al., Respondent-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 46766.)

Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.